IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER,
     Plaintiff,

vs.                                     Case No. 3:07cv102/MCR/EMT

CHARLES LEE, et al.,
       Defendants.
_____/

## O R D E R

This matter is before the court on Plaintiff's motion for leave to proceed in forma pauperis (Doc. 5).  Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has again failed to provide sufficient information for the court to grant the motion (*see* Doc. 4 (denying Plaintiff's request to proceed in forma pauperis for essentially the same reasons as herein)).  For example, in the instant affidavit of financial status, Plaintiff indicates that he pays monthly obligations in the amount of $4,490.00 (approximately), but he provides incomplete information regarding the source of income from which he pays these obligations.  Thus, Plaintiff has not provided sufficient information for the court to determine his financial status.

In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application.  As previously explained, if Plaintiff chooses to submit a new in forma pauperis application, he should provide his best estimate of his monthly or yearly income so the court has sufficient information upon which to consider his eligibility to proceed in forma pauperis.  In particular, Plaintiff should completely explain in Section IV.7. how he is able to provide for his basic necessities and pay his monthly debts.

Accordingly, it is **ORDERED**:

1.      The clerk of court is directed to send Plaintiff a copy of the forms for non-prisoner pro se parties to request leave to proceed in forma pauperis.  This case number shall be written on the forms.

2.      Plaintiff's motion to proceed in forma pauperis (Doc. 5) is **DENIED** without prejudice.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status.

3.      Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 20th day of March 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**